IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:17 CR 103 CDP (NAB) |
| ) | |
| ROBERT BARTEAU, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Comes now Robert Barteau, Defendant, by and through his attorney, Brocca Morrison, Assistant Federal Public Defender, and requests leave to file Motion under seal.

Respectfully submitted,

/s/Brocca Morrison
Brocca Morrison
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Morrison@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.

/s/Brocca Morrison
Brocca Morrison
Assistant Federal Public Defender