UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:17CR0103 CDP |
| | ) | |
| ROBERT P. BARTEAU, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, and pursuant to Paragraph 10 of the Administrative Order of this Court (July 19, 2006), states that the Government accepts factual statements and guideline calculations contained in the presentence report.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 *s/ Colleen C. Lang*
Colleen Lang, 56872MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Brocca Morrison
Attorney

and

Theron Jackson
Senior United States Probation Officer.

                                                s/*Colleen C. Lang*
                                                Colleen C. Lang, #56782MO
                                                Assistant United States Attorney